UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TAKIEM EWING,
               Petitioner,

v.

UNITED STATES OF AMERICA,
               Respondent.
--------------------------------------------------------------x

**ORDER**

21 CV 9750 (VB)
14 CR 604-1 (VB)

      The Court has received a letter from petitioner dated June 6, 2022, which responds to the Court's Order of May 31, 2022. The May 31 Order extended until July 15, 2022, petitioner's time to file a response to the government's February 14, 2022, answer to petitioner's Section 2255 motion.

      In his June 6 letter, petitioner claims that on February 24, 2022, he <u>did</u> file a response to the government's February 14 answer. The Court has no record of having received any such response.

      Under the circumstances, the Court grants petitioner an additional extension of time to file a response to the government's February 14 answer. **Petitioner shall file his response by no later than August 15, 2022.** Absent compelling circumstances, no further extensions will be granted.

      Petitioner's June 6 letter also requests that the Court direct the facility in which he is incarcerated (USP Thomson) to give him access to his "legal work." That request is GRANTED. USP Thomson is directed to give petitioner access to his legal work, as soon as possible, so that he may comply with the above court-ordered filing deadline.

      Chambers will mail a copy of this Order to petitioner at the following address:

      Takiem Ewing, Reg. No. 71372-054
      USP Thomson
      U.S. Penitentiary
      P.O. Box 1002
      Thomson, IL 61285

Dated: June 15, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge