UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TAKIEM EWING,                                        :        **ORDER**
                        Petitioner,                  :
                                                     :        21 CV 9750 (VB)
v.                                                   :        14 CR 604-1 (VB)
                                                     :
UNITED STATES OF AMERICA,                            :
                        Respondent.                  :
------------------------------------------------------------x

       In a submission dated July 20, 2022, petitioner responded to the government's February 14, 2022, letter addressing the timeliness of petitioner's Section 2255 motion.

       Because the government has not had an opportunity to respond to the detailed arguments in petitioner's recent submission, the government is directed to file a response thereto by **September 9, 2022.**

       Chambers will mail a copy of this Order to petitioner at the following address:

Takiem Ewing, Reg. No. 71372-054
USP Thomson
U.S. Penitentiary
P.O. Box 1002
Thomson, IL  61285

Dated: August 3, 2022
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge